| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | William Franklin Quigley |
| Debtor 2 (Spouse, if filing) | Lori Deanne Quigley |
| United States Bankruptcy Court for the: | MIDDLE District of TENNESSEE (State) |
| Case number | 1:26-bk-00359 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** MSR Asset Vehicle LLC Court claim no. (if known) 14

**Last four digits** of any number you use to identify the debtors' account: XXXXXX1056

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

- ☒ No
- ☐ Yes. Date of the last notice:

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 6/22/2026 | (5) | $ 475.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. | Other. Specify: Plan Review | 6/15/2026 | (11) | $ $250.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

**Part 2: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X *̲/s/A. Michelle Hart Ippoliti*
Signature

Date 09/30/2026

Print: A. Michelle (First Name) — (Middle Name) Hart Ippoliti (Last Name)

Title Authorized Agent

Company McCalla Raymer Leibert Pierce, LLP

Address 1544 Old Alabama Road (Number Street)
Roswell (City) GA (State) 30076 (ZIP Code)

Contact phone 678-281-6537

Email michelle.ippoliti@mccalla.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No.** 1:26-bk-00359 |
| William Franklin Quigley<br>Lori Deanne Quigley | ) | **Chapter** 13 |
| | ) | |
| | ) | **JUDGE:** NANCY B. KING |

## <u>EXHIBIT A</u>

ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Other | | | $250.00 |
| 06/15/2026 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $250.00 | |
| Bankruptcy/Proof of Claim Fees | | | $475.00 |
| 06/22/2026 | Preparation and Filing of Proof of Claim | $475.00 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**: **$725.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

| | | | |
|---|---|---|---|
| In Re: | | Bankruptcy Case No.: | 1:26-bk-00359 |
| | William Franklin Quigley | Chapter: | 13 |
| | Lori Deanne Quigley | Judge: | Nancy B. King |

CERTIFICATE OF SERVICE

I, A. Michelle Hart Ippoliti, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

William Franklin Quigley
3355 Chisholm Rd.
Iron City, TN 38463

Lori Deanne Quigley
3355 Chisholm Rd.
Iron City, TN 38463

KEITH DAVID SLOCUM *(Served via ECF Notification)*
Slocum Law
370 Mallory Station Road Suite 504
Franklin, TN 37067

HENRY EDWARD HILDEBRAND, III *(Served via ECF Notification)*
OFFICE OF THE CHAPTER 13 TRUSTEE
PO BOX 340019
NASHVILLE, TN 37203-0019

US TRUSTEE *(Served via ECF Notification)*
OFFICE OF THE UNITED STATES TRUSTEE
701 BROADWAY STE 318
NASHVILLE, TN 37203-3966

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 10/01/2026 By: */s/A. Michelle Hart Ippoliti*
(date) A. Michelle Hart Ippoliti
Authorized Agent for Creditor