**SO ORDERED.**
**SIGNED 7th day of October, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Nancy B. King**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WILLIAM FRANKLIN QUIGLEY | ) | Case No. 26-00359-NK1-13 |
| LORI DEANNE QUIGLEY | ) | Chapter 13 |
| | ) | Judge Nancy B King |
| Debtor(s). | ) | |

<u>AGREED MODIFYING CONFIRMED CHAPTER 13 PLAN</u>

It appearing to the Court, based on the electronic signatures of counsel below, that the parties have reviewed the recently confirmed plan and determined that the projected plan length exceeds the intended plan term, and that the Debtors have agreed to increase the plan payment to address that issue, it is,

ORDERED, the confirmed plan is modified to increase the plan payment from $7,467 monthly to $7595 monthly.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Keith D. Slocum (by JMD with permission)

Keith D. Slocum
Slocum Law
Attorney for the Debtor
370 Mallory Station Road, Ste 504
Franklin, TN 37067
615-656-3344
notice@keithslocum.com

/s/ James M. Davis

James M. Davis
Counsel to the Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203-0019
615-244-1101
www.ch13nsh.com
jamesd@ch13bna.com