**SO ORDERED.**
**SIGNED 8th day of October, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Nancy B. King**
**U.S. Bankruptcy Judge**

LHB

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:
WILLIAM FRANKLIN QUIGLEY
PO BOX 436
COLLINWOOD, TN 38450
SSN XXX-XX-1820

CASE NO. 26-00359-NK1-13

**AMENDED**

---

**ORDER TO PAY TRUSTEE**

---

The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor named above shall pay the sum of **$7,595.00 MONTHLY** and each succeeding period thereafter to the Trustee at least monthly.

| MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO: | PLEASE INCLUDE ON ALL PAYMENTS: |
|---|---|
| **CHAPTER 13 TRUSTEE**<br>**P O BOX 340019**<br>**NASHVILLE, TN 37203** | **NAME: WILLIAM FRANKLIN QUIGLEY**<br>**CASE NUMBER: 126-00359** |

**FOR INQUIRIES:**

**PHONE: 615-244-1101**

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor to make payments to the Trustee in this case.

cc: WILLIAM FRANKLIN QUIGLEY
KEITH D SLOCUM
PAID DIRECT BY DEBTOR

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.