**SO ORDERED.**
**SIGNED 21st day of October, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Nancy B. King**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:
William Franklin Quigley — BK: 26-00359
Lori Deanne Quigley

Debtor

**ORDER DENYING TRUSTEES MOTION TO DISMISS**
**FOR FAILURE TO CONFIRM PLAN**

This matter was set by the Court on September 23, 2026, on the Trustee’s Motion to Dismiss for Failure to Confirm Plan with objection raised by the Debtor. Prior to the hearing, the parties advised the Court that this matter was resolved, and the motion should be denied.

IT IS, THEREFORE ORDERED, that the Trustee’s Motion to Dismiss for Failure to Confirm the Plan is denied.

**This order was signed and entered electronically as indicated at the**

**top of the page**

APPROVED FOR ENTRY:

/s/ Keith D Slocum

Keith D. Slocum- BPR No. 023024
Attorney for Debtor
370 Mallory Station Road Suite 504
Franklin TN 37067
Phone - 615-656-3344
notice@keithslocum.com

/jb